GEORGE C. RICHARDSON et al., Appellants, *v.* HIRAM EXSTEIN et al., Respondents.

(Argued June 9, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 20, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Charles B. Wheeler* for appellants.

*B. Frank Dake* for respondents.

Agree to affirm; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.